ROSE LUDWIG, Respondent, v. JULIUS WENIG, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

ARNOLD OLIPHANT, an Infant, by HYMAN OLIPHANT, His Guardian ad Litem, and Others, Respondents, v. INTERBOROUGH RAPID TRANSIT COMPANY and NEWS SYNDICATE Co., INC., Appellants, Impleaded with Another.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; Martin and O'Malley, JJ., dissent and vote for reversal and dismissal of the complaint as to the defendant News Syndicate Co., Inc., and for affirmance as to the defendant Interborough Rapid Transit Company.

CLARA GERTRUDE JOHNSON, Appellant, v. FREDERICK R. COUDERT and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

MONOBLOCK CORPORATION, Respondent, v. CLARENCE S. DAME and DAME, LARSEN & PARKIN, INC., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

SADIE DUFFY, Respondent, v. HENRY E. BOEHRINGER and EUGENE HUMMEL, Appellants.† — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.; O'Malley and Sherman, JJ., dissent and vote for reversal and denial of the motion on the ground that the defendants have presented triable issues under the authority of *Pimpinello* v. *Swift & Co.* (253 N. Y. 159).

BARTLAY SHIRT Co., INC., Appellant, v. BURTON BROS & Co., INC., Respondent. — Order modified by striking therefrom all after the words " denied, with ten dollars costs," and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JAAQUIM FRADE, Respondent, v. CRUIKSHANK HOLDING CORPORATION, Appellant, Impleaded with WARSCHAW PAINTING Co., INC., Respondent.— Order reversed on conditions stated in order. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

SAM KAPLAN, Individually and as President of Moving Picture Machine Operators Union of Greater New York, Local No. 306, etc., Respondent, v. WILLIAM C. ELLIOTT, Individually and as President of International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, etc., Appellant, and SAMUEL M. SIMON and Others, Intervenors, Respondents.— Order modified as indicated in order, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ. [See 145 Misc. 863.]